ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Fluor-AMEC II, LLC                                   )   ASBCA No. 64131
                                                     )
Under Contract No. FA8051-15-D-0002                  )
        T.O. FA8051-20-F-0003

APPEARANCES FOR THE APPELLANT:          Kathryn T. Muldoon Griffin, Esq.
                                        Jennifer A. Mahar, Esq.
                                          Haynes and Boone LLP
                                          Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:         Caryl A. Potter, III, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                        Michael J. Farr, Esq.
                                        Isabelle P. Cutting, Esq.
                                        Sanique J. Balan, Esq.
                                        Christopher J. Hilborn, Esq.
                                          Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE LAUFGRABEN

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,493,062. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 23, 2026

_____
ERIC E. LAUFGRABEN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                    _____
J. REID PROUTY                             MICHAEL N. O'CONNELL
Administrative Judge                       Administrative Judge
Vice Chairman                              Vice Chairman
Armed Services Board                       Armed Services Board
of Contract Appeals                        of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 64131, Appeal of Fluor-
AMEC II, LLC, rendered in conformance with the Board's Charter.

        Dated:  June 24, 2026


_____
        PAULLA K. GATES-LEWIS
        Recorder, Armed Services
        Board of Contract Appeals